**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BROWNELL W. MELLEN,

    Plaintiff,

vs.                                                         Case No. 3:13-cv-1233-J-34PDB

STATE OF FLORIDA, et al.,

    Defendants.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. No. 11; Report), entered on August 25, 2014. In the Report, Judge Barksdale recommends that Plaintiff's claims under 42 U.S.C. § 1983 be dismissed with prejudice, that Plaintiff's state-law claims be dismissed without prejudice, and that this Court "certify under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3)(A) that any appeal from the order is not taken in good faith...." Report at 25.

On September 5, 2014, Plaintiff filed a Motion for Reconsideration (Doc. No. 12; Motion), which this Court construes as an objection to the Report. However, in the Motion, Plaintiff fails to raise any specific objection to a factual finding or legal conclusion set forth in the Report. See Fed. R. Civ. P. 72(b)(3); Heath v. Jones, 863 F.2d 815, 822 (11th Cir. 1989).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Reconsideration (Doc. No. 12), which this Court construes as Plaintiff's objection, is **OVERRULED**. The Clerk of the Court is directed to terminate the Motion.

2. Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. No. 11) is **ADOPTED** as the opinion of the Court.

3. This case is **DISMISSED with prejudice** as to all claims under 42 U.S.C. § 1983, and **without prejudice** as to any state-law claim.

4. The Clerk of the Court is directed to terminate any pending motions and close the file.

5. The Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3)(A) that any appeal from the order is not taken in good faith because the law is established and has clear application to Mellen's second amended complaint.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of October, 2014.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

i28

Copies to:

Pro Se Plaintiff

Counsel of Record

The Honorable Patricia D. Barksdale
United States Magistrate Judge